# Court of Appeals of the State of Georgia

ATLANTA,  October 02, 2024

*The Court of Appeals hereby passes the following order:*

## A25E0023.  ANNICELLI v. MARI et al.

The parties filed an emergency motion asking this Court to "restore[ ] or otherwise provide[ ] jurisdiction to the trial court" so that the trial court can review the settlement agreement negotiated by the parties. The parties allege that a notice of appeal was filed in the trial court but that the case has not yet been docketed in this Court. Such a request does not meet the standard for an emergency motion pursuant to our Court's rules, as an order by this court would not "give . . . direction to the trial court . . . to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot." Court of Appeals Rule 40 (b). This Court offers no opinion as to what action the parties could take in the trial court to achieve the stated goal of having the trial court review the settlement agreement. Accordingly the motion is DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  10/02/2024*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*